UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only)_____Kersey  v. Trumkp, Individually_____

_____

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local
   rule 40.1 (a)(1)).

[  ]   i.      410,441,470,535,830*,891,893,895, R.23, REGARDLESS OF NATURE OF SUIT.

[ X ]  II.     110, 130,140,160, 190,196,230,240,290,320,362,370,371,380,430,440,442,443,445,446,448,710,720,
               740,790,820*,840*, 850,870, 871.

[  ]   III.    120,150,151,152, 153,195,210,220,245,310,315, 330,340,345,350,355,360,365,367,368,375,385,400,
               422,423,450,460,462,463,465,480,490,510,530,540,550,555,625,690,751,791,861-865,890,896,899,
               950.

               *Also complete AO 120 or AO 121. for patent, trademark or copyright cases.

3. Title and number, if any, of related cases. (See local rule 40.1(g». If more than one prior related case has been filed in this
   district please indicate the title and number of the first filed case in this court.

_____Fraser v. Trumpl_____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

                                                    YES [  ]        NO [X]

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC
   §2403)

                                                    YES [  ]        NO [X]

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

                                                    YES [  ]        NO [  ]

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

                                                    YES [  ]        NO [X]

7. Do all of the parties in this action, excluding governmental agencies of the United States and the Commonwealth of

   Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? − ~Local Rule 40.1 (d)).

                                                    YES [ ]        NO [X ]

   A.      If yes, in which division do all of the non-governmental parties reside?

           Eastern Division    [  ]      Central Division  [  ]-        Western Division  [  ]

   B.      If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies,
           residing in Massachusetts reside?

           Eastern Division    [  ]      Central Division  [  ]-        Western Division  [  ]

8. If filing a Notice of Removal − are there any motions pending in the state court requiring the attention of this Court? (If yes,
   submit a separate sheet identifying the motions)

                                                    YES [  ]        NO [X]

(PLEASE TYPE OR PRINT)

ATTORNEY'S NAME _____George Kersey_____

ADDRESS_____P.O. Box 1073, Framingham, MA 01701_____

TELEPHONE NO. _____518-966-9690_____

(CategoryForm9-2014.wpd)

_____George Kersey_____ )
          *Plaintiff* )
  )
       v. )     Civil Action No.
_____Trump, Individually_____ )
       *Defendant* )

JS 44 (Rev. 12/12)          **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**           **DEFENDANTS**

(b) County of Residence of First Listed Plaintiff __DNA_____    County of Residence of First Listed Defendant _____
       *(EXCEPT IN u.s. PLAINTIFF CASES)*        *(IN U.S. PLAINTIFF CASES ONLY)*
       NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*    Attorneys *(If Known)*
       **None**        Not Known

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*    **III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* *(For Diversity Cases Only)*

☐ I  U.S. Government   **[X]** 3 Federal Question
     Plaintiff     *(U.S. Government Not a Party)*

☐ 2  U.S. Government   [ X ] 4 Diversity
     Defendant     *(Indicate Citizenship of Parties in Item III)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ I | ☐ I | Incorporated *or* Principal Place of Business in This State | ☐4 | ☐ 4 |
| Citizen of Another State | [X] 2 | [X] | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

190 Other Contract; [X] 360 Other Personal Injury; 440 Other Civil Rights; 870 Taxes (Defendant); 890 Other Statutory Actions

**V. ORIGIN** *(Place an "X" in One Box Only)*

[X] I Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from Another District   ☐ 6 Multidistrict Litigation

**VI. CAUSE OF. ACTION**    Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes **unless diversity**)*:
'Brief description of cause: **10th Amendment to Constitution reserving all rights not given to Federal Government to the People**_____

**VII. REQUESTED IN COMPLAINT**   [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.    DEMAND To be Determined    CHECK YES only if demanded in complaint
     JURY DEMAND: [X]Yes  ☐ No

**VIII. RELATED CASE(S) IF ANY**   *(See instructions):*
     JUDGE_____ DOCKET NUMBER ____(17-11635-ADB __

DATE  7-29-18      SIGNATURE OF ATTORNEY OF RECORD **No attorney, Pro Se**

FOR OFFICE USE ONLY

RECEIPT #_____ AMOUNT_____ APPLYING IFP_____ JUDGE_____ MAG. JUDGE_____